UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN HORN ASSET AND MANAGEMENT LTD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>D-MARKET ELEKTRONIK HIZMETLER VE TICARET ANONIM ŞIRKETI a/k/a D-MARKET ELECTRONIC SERVICES & TRADING d/b/a/ HEPSIBURADA, MEHMET MURAT EMIRDAĞ, HALIL KORHAN ÖZ, HANZADE VASFIYE DOGAN BOYNER, ERMAN KALKANDELEN, MEHMET EROL ÇAMUR, CEMAL AHMET BOZER, VUSLAT DOĞAN SABANCI, MUSTAFA AYDEMIR, TOLGA BABALI, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO. LLC, BOFA SECURITIES, INC. and UBS SECURITIES LLC,<br><br>Defendants. | Honorable P. Kevin Castel<br>Civ. A. No. 1:21-cv-08634-PKC |

**[PROPOSED] ORDER GRANTING THE MOTION OF IWA-FOREST INDUSTRY PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

Having considered the Motion of IWA-Forest Industry Pension Plan for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel, and the Memorandum of Law and Declaration of Frederic S. Fox [add full names]in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, and all competing motions are DENIED.

2. Pursuant to 15 U.S.C. § 77z-1(a)(3)(B), IWA-Forest Industry Pension Plan is appointed to serve as Lead Plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

3. IWA-Forest Industry Pension Plan's choice of Lead Counsel is approved.

4. Kaplan Fox & Kilsheimer LLP is approved as Lead Counsel for the class.

5.

IT IS SO ORDERED.

DATED: 1/5/22

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

5. The Clerk is directed to terminate the motions (Doc 15, 18, 22 and 23).

1