**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IWA-FOREST INDUSTRY PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, |
| Plaintiff, |
| v. |
| D-MARKET ELEKTRONIK HIZMETLER VE TICARET ANONIM ŞIRKETI a/k/a D-MARKET ELECTRONIC SERVICES & TRADING d/b/a HEPSIBURADA, MEHMET MURAT EMIRDAĞ, HALIL KORHAN ÖZ, HANZADE VASFIYE DOGAN BOYNER, ERMAN KALKANDELEN, MEHMET EROL ÇAMUR, CEMAL AHMET BOZER, VUSLAT DOĞAN SABANCI, MUSTAFA AYDEMIR, TOLGA BABALI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO. LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and TURKCOMMERCE B.V., |
| Defendants. |

Case No. 1:21-cv-08634-PKC

**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF
HEPSIBURADA'S AND THE UNDERWRITER DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT
OR ALTERNATIVELY TO STAY THE ACTION**

I, Kevin M. McDonough, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at Latham & Watkins LLP, counsel for Defendant D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi a/k/a D-MARKET Electronic Services & Trading d/b/a/ Hepsiburada ("Hepsiburada"). I am admitted to practice in the State of New York and the Southern District of New York. I submit this Declaration in support of Hepsiburada's and the

Underwriter Defendants' Motion to Dismiss the Amended Complaint or Alternatively to Stay the Action.

2.     Attached as Exhibit 1 is a true and correct copy of Lead Plaintiff IWA-Forest Industry Pension Plan's Amended Complaint for Violations of the Securities Act of 1933 in this matter, dated February 4, 2022 (the "Complaint").

3.     Attached as Exhibit 2 is an Appendix of Challenged Statements and Omissions contained in the Complaint.

4.     Attached as Exhibit 3 is a true and correct copy of a March 5, 2021 article published by *Lexology* titled "Coronavirus restrictions for a new controlled normalization process."

5.     Attached as Exhibit 4 is a true and correct copy of a March 5, 2021 article published by the *World Socialist Web Site* titled "As public health organizations call for lockdown, Turkish government removes COVID-19 restrictions."

6.     Attached as Exhibit 5 is a true and correct copy of an April 6, 2021 article published by *Daily Sabah* titled "COVID-19 pandemic: Shot in the arm for Turkish e-commerce."

7.     Attached as Exhibit 6 is a true and correct copy of the prospectus and registration statement for Hepsiburada's initial public offering, filed with the SEC on July 1, 2021.

8.     Attached as Exhibit 7 is a true and correct copy of Hepsiburada's Form 6-K attaching a Hepsiburada press release announcing its financial results for the second quarter of 2021, filed with the SEC on August 26, 2021.

9.     Attached as Exhibit 8 is a true and correct copy of the transcript of Hepsiburada's earnings call for the second quarter of 2021, dated August 26, 2021.

10.     Attached as Exhibit 9 is a true and correct copy of an August 26, 2021 article published by *Reuters* titled "Turkey's Hepsiburada sales surge as it logs core loss in Q2."

11.     Attached as Exhibit 10 is a true and correct copy of the Complaint for Violations of the Federal Securities Laws filed September 28, 2021 in *Benson v. Hepsiburada*, No. 655701/2021 (N.Y. Sup. Ct.), as docket entry no. 1.

12.     Attached as Exhibit 11 is a true and correct copy of Hepsiburada's Form 6-K attaching a Hepsiburada press release titled "Hepsiburada Provides Updated 2021 Outlook," filed with the SEC on November 12, 2021.

13.     Attached as Exhibit 12 is a true and correct copy of a November 12, 2021 article published by *The Motley Fool* titled "Why Hepsiburada Stock Was Taking a Dive Today."

14.     Attached as Exhibit 13 is a true and correct copy of the Amended Class Action Complaint for Violations of the Securities Act of 1933 filed December 10, 2021 in *Benson v. Hepsiburada*, No. 655701/2021 (N.Y. Sup. Ct.), as docket entry no. 16.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of April 2022.

Kevin M. McDonough

3