# EXHIBIT 2

| Exhibit 2 – Appendix of Challenged Statements and Omissions | | | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
| ¶ 62 | RS at 3, 67-68, 103-04 | Our business has experienced a long history of strong growth as a result of our commitment to meticulous execution.  Our revenues increased by 66% to TRY 1.4 billion in the three months ended March 31, 2021 from TRY 0.8 billion in the three months ended March 31, 2020 and by 145% to TRY 6.4 billion in 2020 from TRY 2.6 billion in 2019, and by 33% from TRY 2.0 billion in 2018, and our total GMV increased by 95% to TRY 4.5 billion in the three months ended March 31, 2021 from TRY 2.3 billion in the three months ended March 31, 2020, and by 111% to TRY 17.0 billion in 2020 from TRY 8.0 billion in 2019, which was an increase of 56% from TRY 5.1 billion in 2018, fueled by increasing purchase frequency, greater customer loyalty and an expanding pool of Active Customers of 9 million in 2020, up from 6.5 million in 2019 and 4.8 million in 2018, with a compound annual growth rate ("**CAGR**") of 38% from 2018 to 2020. | • Challenged portion of statement is puffery (Section I.A)<br>• No duty to make additional disclosures (Section I.B) |
| ¶¶ 62-63 | RS at 8-9, 108-09 | ***Highly Attractive Financial Profile with Strong Growth at Scale, High Order Frequency Rates and Attractive Unit Economics***<br><br>Our business has grown substantially in recent years.  Our revenues increased by 66% to TRY 1.4 billion in the three months ended March 31, 2021 from TRY 0.8 billion in the three months ended March 31, 2020 and by 145% to TRY 6.4 billion in 2020 from TRY 2.6 billion in 2019 and by 33% from TRY 2.0 billion in 2018, and our total GMV increased by 95% to TRY 4.5 billion in the three months ended March 31, 2021 from TRY 2.3 billion in the three months ended March 31, 2020, and by 111% to TRY 17.0 billion in 2020 from TRY 8.0 billion in 2019 and by 56% from TRY 5.1 billion in 2018, as we pursued our significant transformation from a 1P-only business to a hybrid commerce model of 1P and 3P.  For | • Challenged portion of statement is an accurate statement of historical fact (Section I.A)<br>• Challenged portion of statement is puffery (Section I.A)<br>• Challenged portion of statement contains an opinion (Section I.A)<br>• No duty to make additional disclosures (Section I.B) |

---

[1]    "¶ _" refers to paragraphs of the Amended Complaint (ECF No. 37).

[2]    Cites to "RS" refer to Exhibit 6, attached to the Declaration of Kevin M. McDonough, submitted herewith.

| | | Exhibit 2 – Appendix of Challenged Statements and Omissions | |
|---|---|---|---|
| **Compl.[1]** | **Source[2]** | **Statement or Omission** | **Reason(s) Not Actionable** |
| | | the three months ended March 31, 2021, and in 2020, 3P accounted for approximately 70% and approximately 59% of our GMV, respectively.<br><br>The strong growth we experienced in recent years also enabled us to generate positive annual Free Cash Flow.  We had Free Cash Flow of TRY (158.8) million and TRY 60.5 million in the three months ended March 31, 2021 and 2020, respectively and TRY 341.4 million, TRY 310.4 million and TRY 119.0 million in 2020, 2019 and 2018 respectively.  We experienced negative Free Cash Flow in the three months ended March 31, 2021 due to higher than usual purchases of inventories, in order to secure supply during the COVID-19 lockdown period in the second quarter of 2021.<br><br>The growth has been fueled by several factors, including an increased frequency of orders to 3.9 in 2020, up from 3.5 in 2019 and 3.1 in 2018, and an expanding Active Customer base of 9 million in 2020, up from 6.5 million in 2019 and 4.8 million in 2018.<br><br>As we continue to scale up Hepsiburada, we believe that these trends will continue to positively impact our business, with further Active Customer base growth, strong cohort performance and increasing operational efficiency driving improvement in unit economics and profitability. | |
| ¶ 66 | RS at 75-76 | ***COVID-19 Impact***<br><br>In the three months ended March 31, 2021 and in 2020, our financial results were positively impacted by a considerable shift to online shopping by Turkish customers in response to the COVID-19 pandemic. GMV grew for the three months ended March 31, 2021 by 95%, compared to the three months ended March 31, 2020, the year ended December 31, 2020 by 111%, compared to the year ended December 31, 2019 and GMV grew 56% for the year ended December 31, 2019 | • Challenged portion of statement is an opinion (Section I.A)<br>• No duty to make additional disclosures (Section I.B) |

2

| Exhibit 2 – Appendix of Challenged Statements and Omissions | | | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
| | | compared to the year ended December 31, 2018.  The impact of the COVID-19 pandemic on consumer behavior led to significant increases in GMV growth in the three months ended March 31, 2021 and in 2020, which impacts the comparability of results of operations between the year ended December 31, 2018 and 2019, and the year ended December 31, 2020 and the three months ended March 31, 2020 and in the three months ended March 31, 2021.  See "*Market and Industry Data.*"<br><br>COVID-19 has led to significant global disruptions that not only which affected our business, but also our customers, merchants and suppliers.  See "*Risk Factors - Risks Relating to Our Business and Industry - The COVID-19 pandemic has affected and may continue to negatively affect certain of our business activities and results.  Any future occurrence of natural disasters, epidemics, pandemics or other outbreaks, or other catastrophic events could also materially and adversely affect our business, results of operations or financial condition.*"  As of the date hereof, COVID-19 has spread widely around the world and new variants of the virus have emerged, resulting in the implementation of significant governmental measures in Turkey and globally, including lockdowns of manufacturing and logistics facilities, closures of businesses and offices, quarantines of individuals, and travel bans.<br><br>Similar to the global trend, the COVID-19 pandemic led consumers in the Turkish market to shift to e-commerce as a result of social distancing measures, with a consequential growth in demand for our products and services.  This was primarily supported by the change in customer behavior where consumers have adopted online shopping behavior during the pandemic, which we expect to become permanent.  As a result of social distancing, e-commerce orders for groceries and other essential products have also increased significantly. | |

| | | Exhibit 2 – Appendix of Challenged Statements and Omissions | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
| | | Although COVID-19 has generally been a significant driver for customer adoption and growth of e-commerce services, the pandemic and the measures to contain its spread have resulted in business and manufacturing disruptions in Turkey, impacted the business activities of our e-commerce suppliers, merchants, and other ecosystem participants (such as logistics networks and payment channels in the affected markets), and disrupted the global supply chain.<br><br>We continue to closely monitor the impact of COVID-19 on our business and operations.  The pandemic and related actions taken by governments to limit its spread could cause a temporary closure of our operational facilities, interrupt our fulfillment, delivery or logistics systems or severely impact the behavior and operations of our merchants, customers, and suppliers.  As COVID-19 continues to evolve, the extent of its impact on our business in future periods remains uncertain. | |
| ¶ 68 | | Alleged omission of information required by Item 303:<br>• significantly slowing revenues and GMV growth, as well as the Company's implementation of the strategic margin investments, customer discounts and significantly increased advertising expense that burned cash and materially reduced gross contribution margins, EBITDA and EBITDA as a percent of GMV before the IPO | • No trend, event, or uncertainty alleged (Section I.C)<br>• Any omission was immaterial (Section I.C)<br>• Information was disclosed (Section I.C)<br>• No actual knowledge alleged (Section I.C) |
| ¶¶ 69-71 | | Alleged omission of information required by Item 105:<br>• At the time of the IPO, Hepsiburada's revenue and GMV growth had *already* ground to a near halt and the Company had *already* implemented the strategic margin investments, customer discounts and heavy advertising, which in turn had *already* sharply reduced profitability as measured by both gross contribution margin and EBITDA.  The Registration Statement's failure to disclose these already existing changes to the Company's revenue growth, GMV | • Any omission was immaterial (Section I.D)<br>• Information was disclosed (Section I.D)<br>• No actual knowledge alleged (Section I.D) |

| | | Exhibit 2 – Appendix of Challenged Statements and Omissions | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
| | | growth, gross contribution margin, EBITDA and EBITDA as a percent of GMV, along with the failure to disclose the implementation of the strategic margin investments, customer discounts and a 98% increase in advertising expense in Q2 2021 compared to Q1 2021 rendered the disclosures of potential adverse events that may occur in the future materially misleading. <br>• that Hepsiburada suffered a sharp deceleration in revenue and GMV growth during Q2 2021, the quarter ended June 30, 2021 before the IPO <br>• that, as a result, the Company initiated a number of cash burning and margin reducing actions to counteract these very negative trends, including strategic margin investments, discounts to customers for marketing campaigns, and significantly increased advertising expense for growth acceleration <br>• that, as a result of Hepsiburada's implementation of these actions intended to counteract the very negative growth trends, Hepsiburada's unit economics and profitability materially and sharply declined before the IPO as evidenced by declines in gross contribution margin and EBITDA in Q2 2021 | |
| ¶¶ 69-71 | RS at 29-30 | ***We may experience significant fluctuations in our results of operations and growth rate.*** <br><br>We have grown significantly in recent years, and we intend to continue to expand the scope and geographic reach of the services we provide. Revenue growth may slow down or decline for any number of reasons, including our inability to attract or retain merchants and customers, decreased customer frequency and spending, increased competition, slowing overall growth of the e-commerce market, the emergence of alternative business models, changes in government policies and general economic conditions. We may also lose customers and merchants for other reasons, such as a failure to deliver satisfactory customer or | • Any omission was immaterial (Section I.D) <br>• Information was disclosed (Section I.D) <br>• No actual knowledge alleged (Section I.D) |

| Exhibit 2 – Appendix of Challenged Statements and Omissions | | | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
| | | transaction experience or high-quality services.  If we are unable to properly and prudently manage our operations as they continue to grow, or if the quality of our services deteriorates due to mismanagement, our brand name and reputation could be significantly harmed, and our business, prospects, financial condition and results of operations could be materially and adversely affected.<br><br>In addition, a disproportionate amount of sales on our platform historically took place during our fourth quarter, and we expect this to continue.  As a result of peak seasonal sales, as of December 31 of each year, our cash and cash equivalents balances typically reach an elevated level (other than as a result of cash flows provided by or used in investing and financing activities).  This operating cycle results in a corresponding increase in accounts payable, combined with a decrease in inventories, as of December 31.  Our accounts payable balance generally declines during the first month of each year, resulting in a corresponding decline in our cash and cash equivalents balances.  We typical experience our lowest sales during the months of July and August due to decreased frequency and traffic on our platform during the summer vacation months.<br><br>Our results of operations and cash flows may fluctuate significantly as a result of a variety of factors, including those described above.  As a result, historical period-to-period comparisons of our results of operations and cash flows are not necessarily indicative of future period-to-period results of operations or cash flows.  You should not rely on the results of a single fiscal quarter as an indication of our annual results of operations, cash flows or future performance. | |
| ¶¶ 69-71 | RS at 36 | *We face uncertainties relating to the growth and profitability of the e-commerce industry in our region and we may face challenges and uncertainties in implementing our e-commerce strategy* | • Any omission was immaterial (Section I.D)<br>• Information was disclosed (Section I.D) |

| | | **Exhibit 2 – Appendix of Challenged Statements and Omissions** | |
|---|---|---|---|
| **Compl.**[1] | **Source**[2] | **Statement or Omission** | **Reason(s) Not Actionable** |
| | | Our future sales depend substantially on consumers' widespread acceptance and use of e-commerce.  While e-commerce has existed in our region for decades, only recently have certain regional e-commerce companies become sizeable.  Our future results of operations will depend on numerous factors affecting the development of the e-commerce retail industry in our region, which may be beyond our control.  These factors include:<br><br>• the growth rate of internet, broadband, personal computer, and smartphone penetration and usage in our region;<br>• the trust and confidence level of e-commerce consumers, as well as changes in customer demographics and consumer tastes and preferences;<br>• the selection, pricing and popularity of products that online merchants offer;<br>• whether alternative retail channels or business models that better address the needs of consumers emerge; and<br>• the development of logistics, payment and other ancillary services associated with e-commerce. | • No actual knowledge alleged (Section I.D)<br>• No materialization of the risk alleged as of effective date (Section I.D)<br>• Describes generic market risks (Section I.D) |
| ¶¶ 69-71 | RS at 26-27 | *We operate in a highly competitive market, and in the future we may not be able to compete effectively.*<br><br>The markets for our products and services are competitive and rapidly evolving.  The successful execution of our strategy depends on our ability to continuously attract and retain merchants and customers, expand the market for our products and services, continue technological innovation and offer new capabilities to such users.  We have many competitors not only among other e-commerce companies, but also omni-channel players who are primarily offline retailers and a large and fragmented group of other offline retailers.  We compete with these current and potential competitors for customers, merchants and suppliers.  From time to time, | • Any omission was immaterial (Section I.D)<br>• Information was disclosed (Section I.D)<br>• No actual knowledge alleged (Section I.D)<br>• No materialization of the risk alleged as of effective date (Section I.D)<br>• Describes generic market risks (Section I.D) |

| | | Exhibit 2 – Appendix of Challenged Statements and Omissions | |
|---|---|---|---|
| **Compl.[1]** | **Source[2]** | **Statement or Omission** | **Reason(s) Not Actionable** |
| | | our customers may decide not to continue purchasing products on our platform for various reasons, including choosing to shop in offline retail stores once more.  Our merchants may also decide to switch to our competitors' services.  Some of our existing or potential competitors may have greater resources to develop stronger capabilities and expertise in management, technology, finance, product development, sales, marketing and other areas.  Further, the internet facilitates competitive entry and comparison shopping, which enhances the ability of new, smaller or lesser known businesses, including businesses from outside of Turkey, to compete against us.<br><br>As a result of these various types of current and potential competitors, we may not be able to maintain our leading position or level of traffic on our online platform, we may fail to retain or may lose our current market position, we may fail to continue to attract new and retain our existing customers and merchants, and we may be required to increase our spending or maintain lower prices, which could materially and adversely affect our business, prospects, financial condition and results of operations. | |
| ¶¶ 69-71 | RS at 30-31 | COVID-19 and the measures taken to limit its spread have impacted consumer behavior, including e-commerce shopping trends.  During the COVID-19 pandemic, increased numbers of consumers in the Turkish market have shifted to e-commerce as a result of social distancing and other government restrictions, which resulted in the growth for demand for our products and services.  However, customers may shift back towards offline retailers as social distancing and government restrictions ease, as a result of which we may experience slower than expected growth.  Moreover, as the full impact of the COVID-19 pandemic continues to evolve, it is uncertain what effect the pandemic will have on consumer behavior and the demand for various goods and services may evolve.  For instance, e-commerce orders for groceries and other essential | • Any omission was immaterial (Section I.D)<br>• Information was disclosed (Section I.D)<br>• No actual knowledge alleged (Section I.D)<br>• No materialization of the risk alleged as of effective date (Section I.D) |

| Exhibit 2 – Appendix of Challenged Statements and Omissions | | | |
|---|---|---|---|
| Compl.[1] | Source[2] | Statement or Omission | Reason(s) Not Actionable |
|  |  | products have increased significantly during the pandemic, and the risk that this trend reverses or otherwise alters in the future cannot be excluded. |  |