# EXHIBIT 3

Coronavirus restrictions for a new controlled normalization process - Lexology

# Coronavirus restrictions for a new controlled normalization process

**Turkey** | March 5 2021

According to the Circular on the "New Measures for the Coronavirus Pandemic" dated 18 November and numbered 19191 and the "Curfew Restrictions Circular" dated 30 November 2020 and numbered 21751, it was decided that shopping centers, markets, food-selling shops such as grocery stores, butchers, and dried nut shops, hairdressers, and other similar businesses were only allowed to operate between 10:00 and 20:00. Restaurants and eating-houses were also required to operate between these hours and could only provide "take-away" and "home-delivery" services while cinemas and movie theaters had to remain closed until 1 March 2021. Additionally, a curfew had been imposed on weekends and weekday evenings across Turkey.

Pursuant to the "Circular on the Measures To Be Taken According to Risk Groups" ("Circular") numbered E-89780865-153-3514 and issued by the Ministry of Interior Affairs on 2 March 2021, in accordance with the decisions made in the Presidency cabinet meeting dated 1 March 2021, it has now been decided that the said restrictions will be partially removed or mitigated, and a controlled normalization process will be initiated.

As per the Circular, the cities in Turkey have been divided into four risk categories: low risk, moderate risk, high risk, and very high risk. stanbul, zmir, and Antalya have been listed as cities with high risk while Ankara and Bursa are amongst the cities with moderate risk. It is understood from the Minister of Health's statements to the press that the risk category assessment will be updated every two weeks.

Some of the significant changes to the above-mentioned restrictions for the provinces listed as high risk cities, including Istanbul, are as follows:

- Curfew shall continue to be imposed between 21:00 - 05:00 on weekdays;

- On weekends, the curfew will not be imposed on Saturdays between 05:00 and 21:00 and thus shopping centers, markets, food-selling shops, hairdressers, and similar businesses can operate on Saturdays until 20:00,

- On the other hand, the curfew will continue on Saturday at 21:00 and last until 05:00 on Monday;

- Food & beverage lounges such as restaurants, eating-houses, cafeterias, patisseries, and similar business can operate between 07:00 and 19:00 on days without curfew, provided that they operate at a 50% capacity and subject to the measures indicated under the COVID-19 Outbreak Management and Work Life Guide issued by the Ministry of Health (https://covid19.saglik.gov.tr/Eklenti/39265/0/covid-19salgi nyonetimivecalismarehberipdf.pdf). Customers to eat at restaurants will be asked to submit their HES codes. Services will continue with the "home-delivery" and "telephone-order" system after 19:00;

Coronavirus: Decisions for a new controlled normalization process - Lexology

- Astro turf fields, swimming pools, and similar facilities shall remain closed until a new decision is taken, and

- Cinemas and movie theaters shall open on 1 April 2021 unless otherwise decided.

**Hergüner Bilgen Özeke** - Serkan Gül, Nazim Olcay Kurt and Pınar İnci Tetik