# EXHIBIT 8

26-Aug-2021

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)

**Q2 2021 Earnings Call**



1-877-FACTSET   www.callstreet.com

Total Pages: 16

Copyright © 2001-2021 FactSet CallStreet, LLC

# D-MARKET Elektronik Hizmetler ve Ticaret AS *(HEPS)* **C** Corrected Transcript
Q2 2021 Earnings Call | 26-Aug-2021

# CORPORATE PARTICIPANTS

**Helin Celikbilek**
*Director-Investor Relations, D-MARKET Elektronik Hizmetler ve Ticaret AS*

**Halil Korhan Öz**
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

**Mehmet Murat Emirdağ**
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

# OTHER PARTICIPANTS

**Cesar Tiron**
*Analyst, Bank of America Merrill Lynch*

**Asli Tuncer**
*Analyst, Goldman Sachs International (United Arab Emirates)*

**Miriam Adisa**
*Analyst, Morgan Stanley & Co. International Plc*

**Hanzade Kilickiran**
*Analyst, JPMorgan Securities Plc*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Ladies and gentlemen, thank you for standing by. I'm Constantino, your Chorus Call operator. Welcome and thank you for joining the Hepsiburada Conference Call and Live Webcast to present and discuss the Second Quarter 2021 Financial Results. All participants will be in a listen-only mode and the conference is being recorded. The presentation will be followed by a question-and-answer session. [Operator Instructions]

At this time, I would like to turn the conference over to Ms. Helin Celikbilek, Investor Relations Director. Ms. Celikbilek, you may now proceed.

## Helin Celikbilek
*Director-Investor Relations, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thanks, operator. Thank you for joining us today for Hepsiburada's second quarter 2021 earnings call. I'm pleased to be joined on the call today by our CEO, Murat Emirdağ and our CFO, Korhan Öz.

The following discussion including responses to your questions, reflect management's views as of today's date only. We do not undertake any obligation to update or revise this information except as required by law. Certain statements made on today's call are forward-looking statements. Actual results may differ materially from these forward-looking statements. Please refer to today's earnings release as well as the risk factors described in the Safe Harbor slide of today's presentation, today's press release, the 6-K, and our prospectus filed with the SEC on July 1, 2021, and other SEC filings for information about factors which could cause our actual results to differ materially from these forward-looking statements.

Also, we will reference certain non-IFRS measures during today's call. Please refer to the appendix of our supplemental slide deck, as well as today's earnings press release for a presentation of the most directly

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS) <span>C</span> Corrected Transcript
Q2 2021 Earnings Call                                                                                                  26-Aug-2021

comparable IFRS measure, as well as the relevant IFRS to non-IFRS reconciliation. As a reminder, a replay of this call will be available on the Investor Relations page of Hepsiburada's website.

With that, I will hand it over to our CEO, Murat.

---

## Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thanks, Helin. We are so excited to have our first earnings call ever as the only Nasdaq-listed Turkish company. Before we dive into the second quarter results, I would like to take a moment to give an overview of our Super App ecosystem and focus on some of the key fundamentals that contribute to the success of Hepsiburada.

Hepsiburada is a home-grown company that has played a fundamental role in the development of e-commerce in Turkey over the last 20 years. Our name Hepsiburada literally means everything is here and is synonymous with the seamless online shopping experience and benefits from very strong brand awareness.

Our vision is to lead digitalization of commerce. To that end, we have evolved from an e-commerce platform into an integrated ecosystem of products and services, centered on making people's daily lives easier. We operate in a attractive market that has a large, young, urbanized and tech-savvy population. The Turkish market is at an inflection point with a growing e-commerce penetration expected to exceed 20% within total retail by 2025.

That said, roughly 90% of total retail is still offline, offering a large opportunity for growth. Our Super App is at the center of our value proposition and act as one-stop-shop for customers by offering a broad range of products and services and by creating differentiated user experience. Today, we are a one-stop-shop for customers' everyday need, from products and services to groceries and payments.

We constantly seek new ways to differentiate our customer experience with value to services such as frictionless return pick-up, expedited delivery services, card splitting, instant customer loan and our loyalty club offering. Also, we continue to expand into new strategic assets including HepsiExpress, our on-demand grocery delivery service; HepsiPay, our digital wallet companion solution; HepsiFly, our airline ticket sales platform; and HepsiGlobal, our inbound and cross-border business.

With our growth-oriented business model, we've recorded a GMV growth at 64% CAGR between 2015 and 2020 as we disclosed in our IPO prospectus. Our solid operational execution, capital efficiency, robust logistics network, deep technology capabilities, household brand name, hybrid business model and integrated ecosystem have positioned us as a homegrown company to emerge as the first-ever Nasdaq-listed Turkish company. Let me stop here and now turn to our second quarter results. Next slide, please.

In the second quarter, our GMV grew by 38% compared to the same period of last year to TRY 5.9 billion in line with our plan. This performance brings the first half GMV growth to 58% on a yearly basis. Total number of orders in the second quarter were 13.1 million, which is the highest we have recorded to-date in a single quarter.

It is important to highlight that these results have been against a strong baseline effect of COVID-19 pandemic last year and are driven by a greater active customer base, order frequency, active merchant base and total number of SKUs compared to the second quarter of last year. HepsiJet our in-house last-mile delivery service achieved presence in every city in Turkey by the end of June 2021. Parallel to our Super App ecosystem value proposition, we continued to invest and scale our strategic assets, particularly, HepsiExpress and HepsiPay, which are well positioned for strong growth.

---

# D-MARKET Elektronik Hizmetler ve Ticaret AS *(HEPS)* <span>C</span> Corrected Transcript

Q2 2021 Earnings Call                                                                          26-Aug-2021

Within that context, we launched our digital wallet, HepsiPay Cuzdanim embedded in Hepsiburada in June 2021. HepsiExpress, our on-demand grocery delivery service has expanded its partner network to over 40 brands across our 1,800 stores. Overall, these results indicate our ability to deliver strong growth across the ecosystem.

Let's have a detailed look into key assets. We operate a large, fast and scalable in-house logistics network with last-mile delivery, fulfillment and operations capabilities powered by our proprietary technology. We believe that our nationwide logistics network is key to our success. We operate six fulfillment centers covering more than 120,000 square meters strategically located across Turkey.

In the second quarter, HepsiJet achieved presence in every city in Turkey, reaching 137 cross-docks [indiscernible] (07:34) our nationwide pick-up and drop-off network, expanding to more than 1,500 branded pick-up and drop-off point across lockers, partner local stores, gas stations and retailers. As a result of its expansion, HepsiJet conducted more of retail deliveries and more of marketplace deliveries in Q2 2021 compared to the same period of last year.

With HepsiJet, we are able to offer a variety of values and services including same day, next day delivery option, delivery by appointment including weekends, and frictionless return which is HepsiJet picking up your return from your door at your preferred schedule. In line with our efforts to enrich value-added services, HepsiJet also began rolling out two-man cargo handling service in Q2, addressing the need for high-quality and reliable service in relevant categories. We believe that our robust logistics network gives us a significant competitive edge in offering strong customer experience.

Let's take a look at another strategic asset, HepsiExpress. At HepsiExpress, we aim to become a mainstream grocery shopping destination embedded in Hepsiburada Super App, HepsiExpress offers both instant and scheduled delivery options addressing grocery needs for on-demand and planned grocery shopping.

By the end of second quarter of 2021, HepsiExpress has become one of the strong players in this market with around 2,600 outsourced picking and delivery agents and have expanded its ecosystem to over 40 brands and roughly 1,800 stores with presence across more than 50 cities in Turkey. We believe HepsiExpress will be a key enabler to attract new customers, to engage our existing audience and to unlock further synergies across services in Hepsiburada.

Let's take a look at HepsiPay. HepsiPay is designed to be a companion wallet to spend, save, and mobilize money in a flexible way across online and offline channels. Having acquired its license in 2016, HepsiPay marked an important milestone by launching HepsiPay Cuzdanim, which I will refer to as HepsiPay Wallet as an embedded digital wallet product on our platform on the 10th of June. Its daily penetration amongst eligible audience has been faster than our expectations. HepsiPay Wallet enables instant returns, cancellations, and cashback.

Along with HepsiPay Wallet, HepsiPay also introduced Hepsipapel, a cashback points program that allows customers to earn and redeem points during purchases with the Wallet on the Hepsiburada platform. The Hepsipapel program has been instrumental in the rapid growth of HepsiPay Wallet. HepsiPay will enable peer-to-peer money transfers and will constantly explore new use cases across online and offline.

I will now leave the floor to Korhan, our CFO, to run you through the financial performance in Q2.

## Halil Korhan Öz

*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

 
1-877-FACTSET   www.callstreet.com                                                                  4

Copyright © 2001-2021 FactSet CallStreet, LLC

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS) Corrected Transcript
Q2 2021 Earnings Call 26-Aug-2021

Thank you, Murat, and hello. What inspires us in our mission of being reliable, innovative, and sincere companion in people's daily lives? In our view, this broad mission boils down to focusing on key three aspects of online shopping: selection, price, and delivery. On selection with our compelling value proposition, we doubled our active merchant base as of June 30 compared to the same day a year ago. This is reflected in our offering to customers as almost doubling our SKUs on our platform during the same period.

On pricing, we seek to provide the best value for our customers by offering competitive prices which we have continued to uphold in Q2. On delivery, our large, fast and scalable in-house logistics network stands out as one of the key strengths which we have done by increasing our overall footprint across Turkey. These key strengths have been instrumental in driving continued customer growth on our platform as well as higher order frequency on a yearly basis. As such, our total number of orders grew by 38% reaching a record TRY 13.1 million in the second quarter. A combination of these factors has resulted in 38% GMV growth in the second quarter.

This performance was achieved against an already strong second quarter of 2020 due to baseline effect of COVID-19. To normalize this effect on growth figures, we have shown here two-year compounded growth rate. So, for the first and second quarter of 2021 compared to the same period last year, compounded two-year growth rates were 68% and 86% respectively indicating a continued quarter-over-quarter momentum.

It is worth mentioning that we will continue to see the baseline effect of last year on the growth figures for the upcoming two quarters as well. Let me now walk you through our hybrid business model. Our hybrid business model offers a healthy combination of retail and marketplace. Having launched our marketplace six years ago, we have gradually increased its contribution to GMV, bringing it to 69% in the second quarter of 2021. Hence, the GMV shift to 3P is expected to have strategic advantages on our business in the long-term facilitating a wider selection, availability and its competitive pricing.

Since our launch of the marketplace, we have always regarded our merchants as our long-term business partners. With this mindset, we have focused on creating value-added services for our merchants. We empower them with our comprehensive end-to-end solutions to thrive digitally, our set of advanced tools and services include the Merchant Portal with merchants store management tools and advanced data analytics.

In Q2, we upgraded our Merchant Portal by introducing new modules that further contributed to overall efficiency by increasing self-service actions. We also offered them advertising services through HepsiAd so that they can effectively advertise inside and outside Hepsiburada to drive their sales.

We give them access to our last-mile delivery service, HepsiJet, as well as our fulfillment service, HepsiLojistik where we can take care of storage, handling and packing of the merchandise on their behalf. We also have them get better with e-commerce by providing comprehensive training sessions through our training portal.

Last but not least, we provide them with financing options to help them in their effective working capital management. In 2020, our financing program exceeded at TRY 1.3 billion in volume with 11.4 times growth in merchant and supplier financing from 2018 to 2020. All these value-added services have contributed to Hepsiburada shaping into one of the most attractive digital platforms for merchants to access 33 million members on our platform as of last year-end. We will continue to work towards growing our merchant base through these capabilities.

Now, let me elaborate on our GMV and revenue growth in the second quarter. As we have stated already, our GMV growth was 38.2% whereas our revenue grew by 5.2% in the second quarter compared to the same period 2020. Our GMV refers to the total value of orders, products, sold through our platform over a given period of time,

Copyright © 2001-2021 FactSet CallStreet, LLC

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)   <span>C</span> Corrected Transcript

Q2 2021 Earnings Call                                                                                     26-Aug-2021

---

including value-added tax without deducting returns and cancellations, including cargo income and excluding other service revenues and transaction fees charged to our merchants.

Our revenue consist of sale of goods which is our retail model and we refer to it as 1P plus marketplace revenue which is our marketplace model and we refer to it as 3P, plus delivery service revenue and other revenues. In direct sale of goods, which is retail, we act as a principal and initially recognized revenue on a gross basis at the time of delivery of the goods to our customers. In the marketplace, revenues are recorded on a net basis, mainly consisting of marketplace commission, transaction fees, and other contractual charges to our merchants. Our revenue grew by 5.2% in Q2 2021 compared to the second quarter of last year. This was mainly driven by 67.2% increase in our delivery services and other revenue and a 2.3% growth in our marketplace revenue whereas the revenue generated from sale of goods which is retail remain as flat also detailed in the next slide.

On the upper part of this slide, we show the dynamics and factors that have had an impact on our revenue growth in the second quarter. While our GMV grew by 38.4% in Q2 2021, our revenue growth was 5.2%, reflecting the 11 percentage point rise in this share of marketplace GMV. Please note that marketplace revenues are recognized on a net basis, i.e., representing commissions and other fees whereas the direct sale of goods, that is retail, is recognized on a gross basis. The contribution of the electronics domain to overall GMV was around the same level as the same period last year.

However, we sold more electronics including appliances, mobile, and technology through marketplace in Q2 2021 than the same period of last year. We continue to widen our selection with expanding merchant base and competitive prices in the market by our strategic margin investments as well as discounts given to our customers for temporary marketing campaigns.

Accordingly, we invested in certain non-electronic categories such as supermarket to drive order frequency and also invested in electronic categories to fortify our market position. Additionally, we observed higher customer demand for lower margin products across different categories such as digital products, gadgets and appliances including accessories, Bluetooth devices and robot vacuum cleaners.

There is 60% increase in delivery service revenue compared to the second quarter of last year was primarily attributable to 38% rise in number of orders as well as higher delivery service revenue generated from third-party operations during the same period. At the bottom part of this slide, we disclosed the EBITDA as a percentage of GMV bridge between Q2 2020 and Q2 2021.

EBITDA was negative TRY 189 million compared to positive TRY 71 million in Q2 2020. This corresponds to a total 4.9 percentage point decline in Q2 2021 compared to the same period in EBITDA as a percentage of GMV which is driven by 2.4 percentage point decrease in gross contribution margin, 1.5 percentage points rise in advertising expenses and approximately 1 percentage points rise in other OpEx items, excluding the cost of inventory sold and depreciation and amortization.

The 2.4 percentage point decline in gross contribution margin is driven by strategic margin investments, the shift in electronics GMV to 3P, and the discounts given to our customers for temporary marketing campaigns offset by other revenue streams.

Negative 1.5 percentage point margin impact through advertising expenses was to accelerate key growth drivers in core business and also to scale new strategic assets. We consider this expense as an investment in our long-term growth while strengthening our market position.

---

# D-MARKET Elektronik Hizmetler ve Ticaret AS *(HEPS)* C Corrected Transcript
Q2 2021 Earnings Call
26-Aug-2021

Negative 0.7 percentage point margin impact through shipping and packing expenses was mainly driven by change in some of our delivery partner mix to improve customer experience and around 23% rise in unit costs.

Negative 0.4 percentage point margin impact through payroll and outsource staff expenses was mainly due to additional around 1,200 employees over the past year along with the impact of annual salary raise in February 2021. As a result, EBITDA as a percentage of GMV resulted as negative 3.2% amounting to negative TRY 189 million.

Now, let's have a look at our net working capital and free cash flow generation in the next slide. This quarter, we generated a strong operating cash flow through effective working capital management. Accordingly, net cash provided by operating activity increased by TRY 595 million, reaching TRY 749 million in Q2 2021. This increase was primarily due to increase in changing working capital through change in trade receivables of TRY 355 million, which is mainly driven by credit card receivables, change in inventories of TRY 301 million, and change in trade payables and payables to merchants by negative TRY 97 million. Our net CapEx is TRY 44 million in Q2 2021.

During this period, our investments were mainly product development across app, website, and mobile platforms as a result of our growing operations and purchase of property and equipment mainly consist of hardware and intangible assets arising from website development costs. As a result, our free cash flow increased to TRY 569 million as of Q2 2021 from TRY 136 million year-on-year.

Now, I will leave the floor back to Murat to share our guidance.

## Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Now, let's look ahead to the second half of the year. As the second half of the year began, the Turkish e-commerce market has encountered several challenges. These included the nationwide extension of the bank holiday period during the celebration of Eid al-Adha in July and the lift-off of lockdown measures as of July 1 both of which adversely impacted consumer behavior in online shopping. The tragic wildfires on the Mediterranean coast of Turkey and later the devastating floods in the Black Sea region have altered the priorities of the public agenda in early August.

While these adverse circumstances impact the market, we will continue to prioritize GMV growth in the second half of 2021. We believe this to be especially important given the seasonality of our market which favors the second half of the year. As a result, our key principle remains to prioritize growth, to create long-term value by attracting more customers, increasing order frequency, adding more merchants, expanding our selection of catalog, maintaining price competitiveness, and scaling our new strategic assets. We are committed to invest in and delivering strong full year GMV within TRY 28 billion to TRY 29 billion range.

With this, we end our presentation. We can now open the line for questions. Thank you for listening.



# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)  C Corrected Transcript
Q2 2021 Earnings Call                                                            26-Aug-2021

# QUESTION AND ANSWER SECTION

**Operator**: Ladies and gentlemen, at this time we will begin the question-and-answer session. [Operator Instructions] One moment for the first question, please. The first question is from the line of Tiron, Cesar with Bank of America. Please go ahead.

**Cesar Tiron**                                                                        Q
*Analyst, Bank of America Merrill Lynch*

Yes. Hi. Good morning or good afternoon, everyone. Thanks for the call and the opportunity to take questions. I have four questions. Sorry about that. The first one is on the outlook for the market in 2H. By reading the press release and also from your comments, do I understand correctly that the outlook for H2 seems to be a little bit tougher than what you expected probably one or two months ago and that you need to invest more than expected to achieve the same GMV number? I just wanted to check if I understood that right.

My second question would be on the take rate for 2Q. Can you please give us some indication on the take rate? And also, help us broadly understand, it looks like, it dropped a little bit. Third question would be on the contribution margin comments from the press release, just wanted to understand better dimension of discounts that you've given to your customers for temporary marketing campaigns, if you can help with that.

And then, the last question would be on the mention from the press release that you've observed some increased demand for lower margins products. Just wanted to understand is if that has reversed into Q3. And what do you attribute this to? Thank you so much and sorry for the many questions.

**Halil Korhan Öz**                                                                    A
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thank you. Thank you, Cesar for your questions. For the first one, outlook is – whether outlook looks tougher or not. Well, the recent trends observed in Q2 and early Q3 are reflected on the outlook as well as the seasonality of our market which favors the second half of the year. And the Turkish market is an inflection point and this is the right time for us to prioritize our growth. That is why we raise capital and are focused on investing and delivering long-term value creation. In terms of the take rates, our gross contribution margin declined 2.4 percentage points to 8.3% compared to the second quarter of last year, mainly due to underlying dynamics in revenue growth. This 2.4 PP decline in gross contribution margin is driven by, as you said, strategic margin investments in certain categories like electronics to fortify our market position and in non-electronics to drive further frequency by our customers and also into CRM which we call this as temporary margin investments.

And this will be gradually reduced throughout the time. And also shifting electronics GMV into 3P, meaning marketplace. We sold more electronics from the marketplace unit and therefore, this affected our gross contribution. And finally, the discounts given to our customers to widen – sorry, to continue widen our selection with expanding merchant base and competitive prices in the market by our strategic margin investments as well as discounts given to our customers for temporary marketing campaigns.

In terms of lower margin products, those lower margin products are mainly gadgets, appliances, bluetooth devices, and robots, vacuum cleaners. And also once the electronic products shifted to the GMV, mostly those products consists of appliances, mobile devices, and technology devices which has lower margin compared to non-electronics.

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)  🇨 Corrected Transcript
Q2 2021 Earnings Call                                                          26-Aug-2021

Well, depending on the market evolution, we expect this trend may continue in the third quarter results. But we have always been prioritizing our growth to create long-term value by attracting more customers, increasing our order frequency and adding more merchants, expanding our selection of catalogue, maintaining price competitiveness and scaling our new strategic assets. Thank you.

---

### Cesar Tiron
*Analyst, Bank of America Merrill Lynch*                                                  Q

Thank you.

---

**Operator**: The next question is from the line of Adisa, Miriam with Morgan Stanley. Please go ahead.

---

### Miriam Adisa
*Analyst, Morgan Stanley & Co. International Plc*                                         Q

Hi, everyone. Thanks for taking my questions. Firstly, just following up on the take rate. So, you mentioned that you've seen a shift from electronics from 1P of 3P. Wondering what has been driving that and do you see that specifically as a permanent shift.

And then, also just on the discounts that you also mentioned as well. How much of this was sort of driven by any competitive pressures? Were there sort of more competitive pressures than you anticipated at the start of the quarter and if you could just comment on the sort of current competitive environment that you're seeing at the moment? And then, finally just on the payments, I think you mentioned that it was – the development was ahead of expectations. If you could just give a little bit more color on that, that'd be great. Thank you.

---

### Halil Korhan Öz
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*          A

Thank you, Miriam. For the take rates, well, we continue to widen our selection with expanding merchant pays and competitive prices in the market by our strategic margin investments as well as discounts given to our customers for campaigns. Accordingly we invested in certain non-electronic categories such as supermarket to drive our order frequency and also invested in electronic categories to fortify our market positions. Please note that we are very strong in electronics and electronics, the biggest opportunity comes from offline.

On the competitive environment, let me hand over to Murat.

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*          A

Thank you, Korhan. Let me just quickly address competition and let me take next question. I mean, let me remind you that we operate in this attractive market that has a large, young, urbanized and tech-savvy population. We have been operating in this market along with several players for many years and proven our growth trajectory. For the Turkish market, it's an inflection point with a growing e-commerce penetration expected to exceed 20% within total retail by 2025. That said, roughly 90% of total retail is still offline. Hence our largest opportunity is offline retail. And we would like to capitalize on this opportunity and create long-term values by expanding our customer base, order frequency, merchant base, our selection, and maintaining our price competitiveness and scaling our new strategic assets. And of course, our solid operational execution, capital efficiency, robust logistics network, deep technology capabilities, household brand name, hybrid business model, and integrated ecosystem well positions us for success. Third question, if I'm not mistaken is about HepsiPay. HepsiPay, is it correct?

---



Copyright © 2001-2021 FactSet CallStreet, LLC

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS) Corrected Transcript
Q2 2021 Earnings Call                                                          26-Aug-2021

**Miriam Adisa**                                                                      Q
*Analyst, Morgan Stanley & Co. International Plc*

Yeah.

**Halil Korhan Öz**                                                                   A
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

It is correct.

**Mehmet Murat Emirdağ**                                                              A
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

So, HepsiPay is designed to be a companion wallet to spend, save, and mobilize the money in a flexible way across online and offline. Having acquired its license in 2016, HepsiPay marked this important milestone by launching Cuzdanim, HepsiPay Wallet as an embedded digital wallet on our platform on the 10th of June. [indiscernible] (35:19) as we mentioned, the daily penetration among eligible audience has been faster than our expectations. But yes, it's too early to disclose numbers. But HepsiPay Wallet enables [ph] instant (35:33) returns, cancellations and cashback. Along with HepsiPay Wallet, HepsiPay also introduced papel program, a cashback points program that allows customers to earn, redeem points during purchases with the wallet on our platform.

HepsiPay will enable peer-to-peer money transfers and will constantly explore new use case scenarios across online and offline. Actually in line with our Super App value proposition, we'll continue to invest and scale our strategic assets to the benefit of our customers, including HepsiPay which is well positioned for strong, long-term growth.

**Miriam Adisa**                                                                      Q
*Analyst, Morgan Stanley & Co. International Plc*

Got it. Great. Thank you very much.

**Mehmet Murat Emirdağ**                                                              A
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thank you.

**Operator**: The next question is from the line of Tuncer, Asli with Goldman Sachs. Please go ahead.

**Asli Tuncer**                                                                       Q
*Analyst, Goldman Sachs International (United Arab Emirates)*

Hi. Thank you very much for the presentation and congratulations on the first set of results post your IPO. So, I have a couple of questions. First, on the active user base. Are you able to share some sort of granularity around the actual growth rates as it will be important to trust, anything sort of anecdotal would be helpful as well?

I know that there were a couple of questions on the take rates, but I couldn't hear clearly. My line was breaking up. So, the implied take rate for the second quarter is quite low. Is this a pure mix effect or is there any change in the take rates across categories potentially due to competitive pressures? And is that something that will imply lower take rates going forward for the rest of the year and potentially beyond that?

# D-MARKET Elektronik Hizmetler ve Ticaret AS *(HEPS)*

Q2 2021 Earnings Call

And my next question is, what are your expectations on profitability for the rest of the year? Where do you see most of the pressure coming from? And related to that, how is the profitability profile across your new business lines especially HepsiExpress?

---

**Halil Korhan Öz**                                                                                                      A
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thank you, Asli. For the active user base, unfortunately we do not share our active user base on a quarterly basis. But we do share the increase by the end of the year as a year-end's figure. However, our active user base and frequency keeps on increasing. I can give you this guidance. On the margin investment and the take rate effect, I can say our gross contribution margin declined by 2.4 percentage points reaching 8.3% compared to the second quarter of last year. And this is mainly due to dynamics in revenue growth. There is a 2.5 percentage point decline in gross contribution margin driven by strategic margin investments and because of CRM which is we called as temporary margin investment.

And those strategic margin investments are done in electronic to fortify our market position and in non-electronics to drive frequency for this – to bring additional GMV for our company. We continue widen our selection with expanding merchant base and competitive prices in the market by our strategic margin investments as well as discounts given for our customers for temporary campaigns.

And accordingly, the investors in certain categories, non-electronic and electronic categories such as supermarkets and some electronic categories, please note that we are very strong in electronics. And in electronics, the biggest opportunity comes from offline. And in order to capture these offline customers, we have been making on and off basis margin investments to gain additional GMV.

On the third question, expectations about the profitability. The Turkish market is at an inflection point and this is the right time for us to prioritize our growth. That is why we raised capital and we are focused on investing in and delivering long-term value creation. As a result, our key principle remains to prioritize growth to create long-term value by attracting more customers, increasing order frequency and adding more merchants on our platform and...

---

**Mehmet Murat Emirdağ**                                                                                              A
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

The next question, maybe I can take the next question. It was about the profitability for new businesses, right?

---

**Asli Tuncer**                                                                                                          Q
*Analyst, Goldman Sachs International (United Arab Emirates)*

Yeah.

---

**Mehmet Murat Emirdağ**                                                                                              A
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Let me remind you, at HepsiExpress, we aim to become a mainstream grocery shopping destination. For HepsiPay, it is designed to be a companion wallet to spend, save, and mobilize money in a flexible way across online and offline. So, with this strategic mindset, we will certainly prioritize growth for our strategic assets. In line with our Super App value proposition, we will continue to invest in and scale our strategic assets to the benefit of our customers. And HepsiPay and our HepsiExpress are particularly important to us, because they are well positioned for strong long-term growth.

---



# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)
Q2 2021 Earnings Call

**C** Corrected Transcript

26-Aug-2021

---

### Asli Tuncer
*Analyst, Goldman Sachs International (United Arab Emirates)*

Q

Okay. Thank you. So, basically from my understanding the strategic margin investments, sort of, the temporary discounts, they could continue as long as you see the growth opportunity from this.

---

### Halil Korhan Öz
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

Exactly. Exactly. If you see the growth opportunity, we can continue those campaigns and margin investments.

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

The key principle always will remain that we're going to increase our customer base, merchant base, frequency, selection and that is our core principle.

---

### Asli Tuncer
*Analyst, Goldman Sachs International (United Arab Emirates)*

Q

Okay.

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

Thank you.

---

### Asli Tuncer
*Analyst, Goldman Sachs International (United Arab Emirates)*

Q

And going forward, from what I understand – sorry, for the follow-up – so you will be tracking – we will be tracking growth in GMV obviously, but we will be seeing disclosure from you on the total orders rather than breakdown of things like active user base and the frequency. We will see the total order numbers.

---

### Halil Korhan Öz
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

That is true. By the year-end, we will be sharing our customer base increase and the frequency numbers in detail. But on a quarterly basis, we don't disclose. We only give the overall growth numbers.

---

### Asli Tuncer
*Analyst, Goldman Sachs International (United Arab Emirates)*

Q

Okay. Thank you.

---

### Halil Korhan Öz
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

Thank you.

---

**Operator**: The next question is from the line of Kilickiran, Hanzade with JPMorgan. Please go ahead.

---

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)
## Q2 2021 Earnings Call

Corrected Transcript
26-Aug-2021

### Hanzade Kilickiran
*Analyst, JPMorgan Securities Plc*

Q

Thank you for the presentation. Majority of my questions were asked. But I have some more. And the first one is about competition. How are you planning to respond to accelerated last-mile and fulfillment investments by Trendyol? I think they are now much bigger than you on the fulfillment side. And how many merchants have been already on board for fulfillment services, because you have given some sort of statistics during the IPO [ph] and I just wondered developments here (42:59). And what is the share of total orders delivered by HepsiJet? What is the progress here? And you also mentioned about some share incentives to management, I think, which is now included in your payroll costs in the second quarter. Can you please give some details about this? And finally, about your working capital, there was a big release in the second quarter, so how should we think about this developing in the second half from a cash flow perspective? Thank you.

### Halil Korhan Öz
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

Would you like to take it?

### Mehmet Murat Emirdaǧ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

A

Yeah. Let me take the first question. Maybe let me just first remind you our well-defined use of proceeds plan. As you remember, we have a very strong well-defined use of proceeds which includes acceleration of our growth flywheel, scaling of our strategic assets, investing and scaling our operations, logistic and technology infrastructure, and of course driving further talent. Within that context as we discussed briefly so far, we also definitely invested and scaled our capabilities across these lines.

We operate a large, fast and scalable in-house logistics network with last-mile delivery, fulfillment and operations capabilities powered by our proprietor technology. I mean, as you remember, we mentioned as a result of its expansion now, HepsiJet achieved presence in every city in Turkey, reaching 137 cross-docks whereas Hepsimat, our nationwide pick-up and drop-off network expanded to more than 1,500 pick-up and drop-off points across the country.

And as a result of its expansion, HepsiJet conducts more of retail deliveries and more of marketplace deliveries in Q2 compared to the same period of last year. And also, with HepsiJet, with our logistics capabilities, we are able to offer a variety of value added services, especially frictionless return, delivery by appointment, same day, next day delivery options. And also let me remind you, at CX – at International Business Awards in 2021, we were awarded with a Gold Award for our frictionless return service in the Best User Experience category. So, we believe our robust logistics network gives us a significant competitive edge in offering strong customer experience. We will continue to do so.

### Hanzade Kilickiran
*Analyst, JPMorgan Securities Plc*

Q

Murat, thank you. Is it possible for you to share some statistics there, because I really want to understand the upside in Hepsi. So, what is the current status about, I mean, on the last-mile – and what is the share of total orders delivered by HepsiJet? And how many merchants have you already on-boarded order fulfillment services to understand the potential growth?

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS) ᶜ Corrected Transcript

Q2 2021 Earnings Call
26-Aug-2021

---

**Mehmet Murat Emirdağ**
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*                          A

Yeah. Thank you so much again for the question. Let me tell you, HepsiJet actually as you remember also I've shared in the prospectus is in the early phase of its journey. And it keeps scaling the number of merchants for getting on-boarded. On the other hand with HepsiJet, it kept increasing its contribution to retail deliveries as well as marketplace deliveries compared to the same pace of last year. So, it keeps growing year-over-year with respect to Q2 both in 1P and 3P contribution wise in terms of number of deliveries. [indiscernible] (46:54).

And the next question, Korhan?

---

**Hanzade Kilickiran**
*Analyst, JPMorgan Securities Plc*                          Q

Okay.

---

**Halil Korhan Öz**
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*                          A

The next question is about management incentive plan and how much we recognize in our P&L? Is it correct, Hanzade? Yes. Let me...

---

**Hanzade Kilickiran**
*Analyst, JPMorgan Securities Plc*                          Q

Yes. [indiscernible] (47:06). Yes. Yes. That's correct.

---

**Halil Korhan Öz**
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*                          A

Okay. Okay. In total, we have TRY 132 million recognized in our P&L as mentioned incentive plan expense. And out of this, TRY 98 million is based on discounted cash payments, which is projected to be done within year 2021. And the second part is TRY 34 million. It's based on share-based payments which will be made within the next 18-plus, 12-plus 12 months according to our plan. So, in total, we recognized TRY 132 million discounted cash payments, TRY 98 million share-based payments, TRY 34 million this is recognized based on vesting plan disclosed in the agreements.

On the working capital side, yes, our working capital will keep on improving in the second half due to the fact that our GMV will continue to grow in the second half and – with a better management we expect to improve our operating cash flow in the second half.

---

**Hanzade Kilickiran**
*Analyst, JPMorgan Securities Plc*                          Q

Okay. So, there shouldn't be any seasonality impacting the working capital, right? I mean, the second half of the year? [indiscernible] (48:27) assume the similar type of working capital management?

---

**Halil Korhan Öz**
*Chief Financial Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*                          A

There is always a seasonality in the second half especially in the fourth quarter. Having said that, our procurement increases significantly and we are growing significantly in the third quarter. And based on the

---

# D-MARKET Elektronik Hizmetler ve Ticaret AS (HEPS)
Q2 2021 Earnings Call

**Corrected Transcript**
26-Aug-2021

---

seasonality experiences in the past, we expect the better net working capital by the end of Q4. It will improve gradually.

---

### Hanzade Kilickiran
*Analyst, JPMorgan Securities Plc*

**Q**

Thank you very much. And can I finally ask about the HepsiExpress. You mentioned about new brands to be onboard in grocery delivery. So, is there any national brand here that you managed to onboard recently?

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

**A**

Because we are referring to Q2 results, we cannot actually disclose any future or forward-looking plans at this point. But I can tell you, HepsiExpress already actually achieved over 40 brand and roughly 1,800 stores in more than 50 cities. And also, as you remember, we launched water service – water delivery service as well.

---

### Hanzade Kilickiran
*Analyst, JPMorgan Securities Plc*

**Q**

Thank you very much, [ph] Murat (49:46).

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

**A**

Thank you.

---

**Operator:** [Operator Instructions] Ladies and gentlemen, there are no further questions at this time. I will now turn the conference over to management for any closing comments. Thank you.

---

### Mehmet Murat Emirdağ
*Chief Executive Officer & Director, D-MARKET Elektronik Hizmetler ve Ticaret AS*

Thanks, operator. I would like to recap what you have heard from us today. Our vision is to lead digitalization of commerce. Today, we are one-stop shop for our customers' everyday needs from products and services, to groceries and payment solutions. Our solid operational execution, capital efficiency, robots, logistics network, deep technology capabilities, household brand name, hybrid business model and integrated ecosystem has positioned us as a home-grown company to emerge as the first ever Nasdaq business Turkish company. We operate in attractive market that is a large, young, urbanized and tech-savvy population. Again, let us remind you the Turkish market is at an inflection point with a global e-commerce penetration expected to exceed 20% within total retail by 2025. That said, roughly 90% of total retail is still offline, offering a large opportunity for growth and this is the right time for us to capitalize on these opportunities.

Our key principle remains to prioritize growth, to create long-term value by attracting more customers, increasing our order frequency, adding more merchants, expanding our selection of catalog, maintaining our price competitiveness, and scaling our new strategic assets. With the use of funds raised in our recent IPO and our strong balance sheet, we will continue to invest in our regions.

Thank you, everyone, for your time today and we look forward to speaking with you again next quarter.

---

**Operator:** Ladies and gentlemen, the conference is now concluded and you may disconnect your telephone. Thank you for calling and have a pleasant evening.

---



**D-MARKET Elektronik Hizmetler ve Ticaret AS** (HEPS) Corrected Transcript

Q2 2021 Earnings Call                                                                                    26-Aug-2021

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.