# EXHIBIT 9

**News**Room

8/26/21 Reuters News 11:46:27

Reuters News
Copyright (c) 2021 Thomson Reuters

August 26, 2021

Turkey's Hepsiburada sales surge as it logs core loss in Q2

ISTANBUL, Aug 26 (Reuters)

ISTANBUL, Aug 26 (Reuters) - Newly-listed Turkish online retailer Hepsiburada turned to a loss in core earnings in the second quarter on the back of increased investments, while total sales on its platforms surged even after strong growth last year.

Hepsiburada, which listed on Nasdaq in July, said its earnings before interest, tax, depreciation and amortisation (EBITDA) turned to negative 188.6 million lira ($22.5 million), from a profit of 71.1 million lira ($8.5 million) a year ago.

Increased investments and ad spending drove the loss, it said in quarterly results.

Gross merchandise volume (GMV), a key metric of total online transaction size, grew 38% to 5.9 billion lira ($705.62 million) in the second quarter as customers and shopping frequency increased. Orders were up 37.9% to 13.1 million.

GMV growth in the April-June period follows an expansion of 151% in the same period last year, which was driven by the initial COVID-19 lockdown.

Hepsiburada announced a GMV target of 28-29 billion lira ($3.35-$3.47 billion) this year, up almost 70% compared with 17 billion lira last year.

"I am pleased to share that our increasing merchant base, expanding selection of products and services... led to continued growth in our... active customer base and order frequency," Chief Executive Murat Emirdag said in a statement.

Hepsiburada is building a last-mile delivery service across Turkey, as well as pickup points and payment services, and it has launched an e-wallet for faster shopping.

($1 = 8.3615 liras)

(Reporting by Can Sezer; Editing by Jonathan Spicer) ((can.sezer@tr.com; +90-212-350 7055; Reuters Messaging: can.sezer.thomsonreuters.com@reuters.net))

---- **Index References** ----

Company: NASDAQ, INC.

Turkey's Hepsiburada sales surge as it logs core loss in Q2

News Subject: (Business Management (1BU42); Corporate Events (1CR05); Corporate Financial Data (1XO59); Emerging Market Countries (1EM65); Corporate Performance (1XO12); Corporate Events (1CR05); Profit Warnings (1PR33); Corporate Financial Data (1XO59); Emerging Market Countries (1EM65))

Industry: (Retail (1RE82); Retail (1RE82); General Merchandise Stores (1GE70); Retailers (1RE64); Department Stores (1DE95); Consumer Products & Services (1CO62))

Region: (Asia (1AS61); Turkey (1TU06); Western Asia (1WE54); Europe (1EU83); Asia (1AS61); Turkey (1TU06); Eastern Europe (1EA48); Middle East (1MI23); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (Turkey; Hepsiburada; Can Sezer; Nasdaq) (Murat Emirdag; Jonathan Spicer)

Keywords: HEPSIBURADA; RESULTS; Economy of Northern Cyprus; Economy of the Ottoman Empire; Lira; Music; Turkish lira

Word Count: 256

---

**End of Document**                                      © 2022 Thomson Reuters. No claim to original U.S. Government Works.



---

 © 2022 Thomson Reuters. No claim to original U.S. Government Works.