# EXHIBIT 12

# Why Hepsiburada Stock Was Taking a Dive Today

The Turkish e-commerce plunged after slashing its guidance.



**Jeremy Bowman** (TMFHobo)

Nov 12, 2021 at 3:47PM

▲ Author Bio

## What happened

Shares of **Hepsiburada** (NASDAQ:HEPS) were plunging today after the Turkish e-commerce company slashed its forecast for the current quarter and the full year in response to the lifting of pandemic restrictions. The company also announced an advertising partnership with **Meta Platforms'** (NASDAQ:FB) Facebook, but the market overlooked that in favor of the reduced outlook.

As of 12:38 p.m. EST, the stock was down 34.8%.



IMAGE SOURCE: GETTY IMAGES.

## So what



In a press release this morning, Hepsiburada said that customer mobility increased in response to the end of COVID-19 restrictions, and online card spending in Turkey fell significantly.

The company also said that competition intensified and the company responded by discounting more items and spending more on advertising. It sees those challenges lasting into the fourth quarter as well.

As a result, the company now expects revenue of $164 million in the third quarter, down about 7% from second quarter results. For the full year, it sees gross merchandise volume of $2.4 billion, down substantially from its prior forecast of $2.8 billion to $2.9 billion.

Hepsiburada also said that it is launching a new advertising partnership with Facebook, for "managed partner ads," running from more than 10,000 small and medium-size businesses (SMBs). The partnership will enable the SMBs that sell on Hepsiburada to easily place targeted ads on Facebook and Instagram to increase traffic by as much as 10 times and boost sales.

Nonetheless, that news was overshadowed by the guidance cut.

## Now what

Hepsiburada, which debuted on the market in July, has fallen sharply since it warned about the headwinds from reopening in its second quarter report in August. The stock is now down 71% since the initial public offering, which could be more of a reflection of the challenges that many e-commerce stocks are facing in the reopening, and not any fundamental flaw with the business.

The third-quarter earnings report is due out on Nov. 23, but the reduction in guidance means there are unlikely to be any surprises.

## Should you invest $1,000 in D-MARKET Elektronik Hizmetler ve Ticaret Anonim Sirketi right now?

Before you consider D-MARKET Elektronik Hizmetler ve Ticaret Anonim Sirketi, you'll want to hear this.

Our award-winning analyst team just revealed what they believe are the **10 best stocks** for investors to buy right now... and D-MARKET Elektronik Hizmetler ve Ticaret Anonim Sirketi wasn't one of them.

The online investing service they've run for nearly two decades, *Motley Fool Stock Advisor*, has beaten the stock market by over 4X.* And right now, they think there are 10 stocks that are better buys.



**See the 10 stocks**

*Stock Advisor returns as of January 20, 2022*

*This article represents the opinion of the writer, who may disagree with the "official" recommendation position of a Motley Fool premium advisory service. We're motley! Questioning an investing thesis -- even one of our own -- helps us all think critically about investing and make decisions that help us become smarter, happier, and richer.*

*Jeremy Bowman has no position in any of the stocks mentioned. The Motley Fool has no position in any of the stocks mentioned. The Motley Fool has a disclosure policy.*

## 5 Stocks Under $49

We hear it over and over from investors, "I wish I had bought Amazon or Netflix when they were first recommended by the Motley Fool. I'd be sitting on a gold mine!" And it's true.

And while Amazon and Netflix have had a good run, we think these 5 **other** stocks are screaming buys. And you can buy them now for less than $49 a share!

**You can grab a copy of "5 Growth Stocks Under $49" for FREE for a limited time only.**

Click here to learn more.

**Learn more**

