**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IWA-FOREST INDUSTRY PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>       v.<br><br>D-MARKET ELEKTRONIK HIZMETLER VE TICARET ANONIM ŞIRKETI a/k/a D-MARKET ELECTRONIC SERVICES & TRADING d/b/a HEPSIBURADA, MEHMET MURAT EMIRDAĞ, HALIL KORHAN ÖZ, HANZADE VASFIYE DOGAN BOYNER, ERMAN KALKANDELEN, MEHMET EROL ÇAMUR, CEMAL AHMET BOZER, VUSLAT DOĞAN SABANCI, MUSTAFA AYDEMIR, TOLGA BABALI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO. LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and TURKCOMMERCE B.V.,<br><br>               Defendants. | Case No. 1:21-cv-08634-PKC |

**DECLARATION OF KEVIN M. MCDONOUGH IN SUPPORT OF TURKCOMMERCE'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS NOTICE OF JOINDER IN HEPSIBURADA'S AND THE UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE AMENDED <u>COMPLAINT OR ALTERNATIVELY TO STAY THE ACTION</u>**

I, Kevin M. McDonough, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.     I am an attorney at Latham & Watkins LLP, counsel for Defendant TurkCommerce B.V. ("TurkCommerce").  I am admitted to practice in the State of New York and the Southern District of New York.  I submit this Declaration in support of TurkCommerce's Reply Memorandum of Law in further support of its Notice of Joinder in Hepsiburada's and the

2

Underwriter Defendants' Motion to Dismiss the Amended Complaint or Alternatively to Stay the Action.

2.      Attached as Exhibit 1 are true and correct excerpts from Amendment No. 2 to the Form F-1 registration statement for D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi a/k/a D-MARKET Electronic Services & Trading d/b/a/ Hepsiburada's initial public offering, filed with the SEC on June 23, 2021 and declared effective on June 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of July 2022.

Kevin M. McDonough

2