# EXHIBIT 1

TABLE OF CONTENTS

As filed with the U.S. Securities and Exchange Commission on June 23, 2021.

Registration No. 333-256654

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

**AMENDMENT NO. 2**
**TO**

# FORM F-1

**REGISTRATION STATEMENT**
**UNDER**
**THE SECURITIES ACT OF 1933**

## D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi

(Exact Name of Registrant as Specified in its Charter)

## D-MARKET Electronic Services & Trading

(Translation of Registrant's Name into English)

| **Turkey** | **5961** | **Not Applicable** |
|---|---|---|
| (State or other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**Kuştepe Mahallesi Mecidiyeköy Yolu**
**Cadde no: 12 Kule 2 K2**
**Şişli 34387 Istanbul, Turkey**
**+90 (0) 212 304 20 00**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Cogency Global Inc.**
**122 East 42nd Street, 18th Floor**
**New York, NY 10168**
**+1 800-221-0102**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

**Copies of all communications, including communications sent to agent for service, should be sent to:**

| Laura Sizemore, Esq. | Pierre-Marie Boury, Esq. | Ömer Collak |
|---|---|---|
| Era Anagnosti, Esq. | David Gottlieb, Esq. | Paksoy Ortak Avukat Bürosu Orjin Maslak, |
| White & Case LLP | Cleary Gottlieb Steen & Hamilton LLP | Eski Büyükdere Caddesi No:27 K:11 Maslak |
| 5 Old Broad Street | 2 London Wall | 34485 Istanbul, Turkey |
| London EC2N 1DW | London EC2Y 5AU | Tel: + 90 212 366 4700 |
| United Kingdom | United Kingdom | Fax: +90 212 290 2355 |
| Tel: + 44 20 7532 1000 | Tel: +44 20 7614 2200 | |
| Fax: + 44 20 7532 1001 | Fax: +44 20 7600 1698 | |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after this registration statement becomes effective.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company. ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered[1] | Amount to be Registered[2] | Proposed Maximum Offering Price per Share[2] | Proposed Maximum Aggregate Offering Price[2] | Amount of Registration Fee[3] |
|---|---|---|---|---|
| Class B ordinary shares, nominal value TRY 0.20 per share[1] | 65,251,000 | US$ 13.00 | US$ 848,263,000 | US$ 92,545.49 |

(1)   All Class B ordinary shares to be sold will be represented by American depositary shares, or ADSs, with each ADS representing one Class B ordinary share. ADSs issuable upon deposit of the ordinary shares registered hereby will be registered under a separate Registration Statement on Form F-6 (Registration No. 333-257160).

(2)   Estimated solely for the purpose of calculating the amount of the registration fee pursuant to Rule 457(a) under the Securities Act of 1933, as amended. Includes Class B ordinary shares represented by ADSs that may be purchased by the underwriters pursuant to an option to purchase additional ADSs.

(3)   Registration fees totaling $10,910 were previously paid on May 28, 2021, in connection with the initial filing of this registration statement.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the U.S. Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

TABLE OF CONTENTS

*The information in this preliminary prospectus is not complete and may be changed. We and the selling shareholders may not sell these securities until the registration statement filed with the Securities and Exchange Commission is declared effective. This preliminary prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.*

**SUBJECT TO COMPLETION, DATED JUNE 23, 2021**

**PRELIMINARY PROSPECTUS**

# hepsiburada

# D-MARKET ELECTRONIC SERVICES & TRADING

## 56,740,000 American Depositary Shares Representing

## 56,740,000 Class B Ordinary Shares

## $       per ADS

This is the initial public offering of American Depositary Shares ("**ADSs**"), each representing one Class B ordinary share of D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi ("**Hepsiburada**"), a joint stock company incorporated under the laws of Turkey. Each ADS will represent one Class B ordinary share. We are offering 41,670,000 ADSs, and the shareholder identified under "*Principal and Selling Shareholders*"  (the "**Selling Shareholder**") is offering 15,070,000 ADSs. We will not receive any proceeds from the sale of ADSs by the Selling Shareholder. Prior to this offering, there has been no public market for our ordinary shares or ADSs. We anticipate the initial public offering price to be between $11.00 and $13.00 per ADS.

We intend to apply to list our ADSs on Nasdaq Global Select Market ("**Nasdaq**") under the symbol "HEPS."

We are both an "emerging growth company" and a "foreign private issuer" under applicable U.S. Securities and Exchange Commission rules and will be eligible for reduced public company reporting requirements. See "*Prospectus Summary - Implications of Being an 'Emerging Growth Company' and a 'Foreign Private Issuer'*."

Our Class B ordinary shares have one vote per share. ADSs in this offering will represent Class B ordinary shares. Our Class A shares are shares held by our founder and chairwoman, Hanzade Vasfiye Doğan Boyner (our "**Founder**"), and provide her and her permitted transferees (collectively, the "**Class A Shareholders**") with fifteen votes per Class A share. Following the completion of this offering our Founder will continue to beneficially own all of our Class A shares and is expected to own 10.4% of our Class B ordinary shares, which will represent 71.1% of the voting power of all of our Class A shares and Class B ordinary shares voting together as a single class. As a result, we will be a "controlled company" under the Nasdaq listing rules.

**Investing in our ADSs involves a high degree of risk. See "Risk Factors" beginning on page 24.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

|  | Per ADS | Total |
|---|---|---|
| Public Offering Price | $ | $ |
| Underwriting discount[1] | $ | $ |
| Proceeds to us (before expenses) | $ | $ |
| Proceeds to the Selling Shareholder (before expenses) | $ | $ |

(1)  See "*Underwriting*" for a description of the compensation payable to the underwriters.

The underwriters have a 30-day option to purchase up to an aggregate of 8,511,000 additional ADSs from the Selling Shareholder at the offering price, less the underwriting discount. We will not receive any of the proceeds from the sale of such additional ADSs by the Selling Shareholder.

Delivery of the ADSs is expected to be made on or about                  , 2021.

**Morgan Stanley**          **J.P. Morgan**          **Goldman Sachs & Co. LLC**

**BofA Securities**          **UBS Investment Bank**

**Prospectus dated                  , 2021**

TABLE OF CONTENTS



**TABLE OF CONTENTS**

| | Page |
|---|---|
| ABOUT THIS PROSPECTUS | iii |
| PRESENTATION OF FINANCIAL AND OTHER INFORMATION | v |
| MARKET AND INDUSTRY DATA | vii |
| TRADEMARKS, SERVICE MARKS AND TRADENAMES | viii |
| PROSPECTUS SUMMARY | 1 |
| THE OFFERING | 15 |
| SUMMARY CONSOLIDATED FINANCIAL AND OTHER DATA | 18 |
| RISK FACTORS | 24 |
| CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS | 59 |
| EXCHANGE RATES | 61 |
| USE OF PROCEEDS | 62 |
| DIVIDEND POLICY | 63 |
| CAPITALIZATION | 64 |
| DILUTION | 65 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 66 |
| INDUSTRY OVERVIEW | 97 |
| BUSINESS | 102 |
| MANAGEMENT | 138 |
| PRINCIPAL AND SELLING SHAREHOLDERS | 152 |
| RELATED PARTY TRANSACTIONS | 155 |
| DESCRIPTION OF SHARE CAPITAL AND ARTICLES OF ASSOCIATION | 158 |
| DESCRIPTION OF AMERICAN DEPOSITARY SHARES | 169 |
| SHARES AND AMERICAN DEPOSITARY SHARES ELIGIBLE FOR FUTURE SALE | 177 |
| MATERIAL TAX CONSIDERATIONS | 179 |
| UNDERWRITING | 185 |
| EXPENSES OF THE OFFERING | 192 |
| LEGAL MATTERS | 193 |
| EXPERTS | 194 |
| CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 195 |
| ENFORCEMENT OF CIVIL LIABILITIES | 196 |
| WHERE YOU CAN FIND MORE INFORMATION | 198 |
| INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F-1 |

For investors outside the United States: Neither we, the Selling Shareholder nor the underwriters have taken any action that would permit this offering or possession or distribution of this prospectus in any jurisdiction, other than the United States, where action for that purpose is required. Persons outside the United States who come into possession of this prospectus must inform themselves about, and observe any restrictions relating to, the offering of our ADSs and the distribution of this prospectus outside the United States.

We are incorporated in Turkey, and a majority of our outstanding securities are owned by non-U.S. residents. Under the rules of the United States Securities and Exchange Commission ("**SEC**"), we are currently eligible for treatment as a "foreign private issuer." As a foreign private issuer, we will not be required to file periodic reports and financial statements with the SEC as frequently or as promptly as domestic registrants whose securities are registered under the Securities Exchange Act of 1934, as amended (the "**Exchange Act**").

i

TABLE OF CONTENTS

**We are responsible for the information contained in this prospectus. Neither we nor the Selling Shareholder have authorized anyone to provide you with different information, and neither we nor the Selling Shareholder take responsibility for any other information others may give you. We, the Selling Shareholder and the underwriters are not making an offer to sell, or seeking offers to buy, these securities in any jurisdiction where the offer or sale is not permitted. You should not assume that the information contained in this prospectus is accurate as of any date other than its date regardless of the time of delivery of this prospectus or of any sale of the ADSs.**

ii

TABLE OF CONTENTS

TABLE OF CONTENTS

**Part II**
**Information Not Required in the Prospectus**

**Item 6.    Indemnification of directors and officers**

The underwriting agreement filed as Exhibit 1.1 to this registration statement will provide for indemnification by the underwriters of us and our officers and directors for certain liabilities arising under the U.S. Securities Act of 1933, but only to the extent that these liabilities are caused by information relating to the underwriters that was furnished to us by the underwriters in writing expressly for use in this registration statement and certain other disclosure documents.

Insofar as indemnification of liabilities arising under the Securities Act may be permitted to executive officers and board members or persons controlling us pursuant to the foregoing provisions, we have been informed that, in the opinion of the SEC, such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable.

**Item 7.    Recent sales of unregistered securities**

During the past three years, we issued securities that were not registered under the Securities Act as set forth below. Set forth below is information regarding share issuances made by us within the past three years. Also included is the consideration, if any, received by us for such shares and information relating to the section of the Securities Act, or rule of the SEC, under which exemption from registration was claimed.

*Share issuance*

In June 2019, we issued an aggregate of 10,727,492 ordinary shares to our existing shareholders, Hanzade Vasfiye Doğan Boyner, Vuslat Doğan Sabancı, Yaşar Begümhan Doğan Faralyalı, Arzuhan Doğan Yalçındağ, Işıl Doğan and TurkCommerce B.V. in the aggregate amount of TRY 10,727,492 . The issuance of these shares was made outside the U.S. pursuant to Regulation S.

**Item 8.    Exhibits**

(a)  The exhibits to this registration statement are listed in the exhibit index attached hereto and are incorporated by reference herein .

(b)  Financial Statement Schedules. All schedules have been omitted because they are not required, are not applicable or the information is otherwise set forth in the consolidated financial statements and related notes thereto.

**Item 9.    Undertakings**

(a)  The undersigned registrant hereby undertakes to provide to the underwriters at the closing specified in the underwriting agreement, certificates in such denominations and registered in such names as required by the underwriters to permit prompt delivery to each purchaser.

(b)  Insofar as indemnification for liabilities arising under the U.S. Securities Act of 1933, as amended (the "**Securities Act**"), may be permitted to directors, officers and controlling persons of the registrant pursuant to the foregoing provisions, or otherwise, the registrant has been advised that in the opinion of the U.S. Securities and Exchange Commission such indemnification is against public policy as expressed in the Securities Act and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the registrant of expenses incurred or paid by a director, officer, or controlling person of the registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question of whether such indemnification by it is against public policy as expressed in the Securities Act and will be governed by the final adjudication of such issue.

TABLE OF CONTENTS

(c)  The undersigned registrant hereby further undertakes that:

(i)  For purposes of determining any liability under the Securities Act, the information omitted from the form of prospectus filed as part of this Registration Statement in reliance upon Rule 430A and contained in a form of prospectus filed by the registrant pursuant to Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this Registration Statement as of the time it was declared effective.

(ii)  For the purpose of determining any liability under the Securities Act, each post-effective amendment that contains a form of prospectus shall be deemed to be a new Registration Statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial *bona fide* offering thereof.

II-2

TABLE OF CONTENTS

**Exhibit Index**

The following documents are filed as part of this registration statement:

| | Description |
|---|---|
| 1.1* | Form of Underwriting Agreement |
| 3.1* | Articles of Association of the Registrant |
| 4.1* | Form of Deposit Agreement among the Registrant, The Bank of New York Mellon as depositary and the holders and beneficial owners from time to time of the American Depositary Shares issued thereunder |
| 4.2* | Form of American Depositary Receipt (included in Exhibit 4.1) |
| 4.3* | Form of Shareholder's Agreement, between Hanzade Vasfiye Doğan Boyner, Vuslat Doğan Sabancı Yaşar Begümhan Doğan Faralyalı, Arzuhan Doğan Yalçındağ, Işıl Doğan and TurkCommerce B.V. |
| 5.1 | Opinion of GKC Partners, counsel to the Registrant, as to the validity of the ordinary shares (including consent) |
| 10.1†* | English translation of the Lease Agreement between Megeye Lojistik Anonim Şirketi as lessor and the Registrant, as lessee, dated April 2014 |
| 10.2†* | English translation of the Lease Agreement between A. Vedat Yakupoğlu Gayrimenkul Yatırımcılığı as lessor and the Registrant, as lessee, dated August 10, 2020 |
| 10.3†* | English translation of the Lease Agreement between Murat Ozan, Tugba Ozan, Muhterem Ozan and Fatih Ozan as lessors and the Registrant, as lessee, dated August 7, 2020 |
| 10.4†* | English translation of the Lease Agreement between AZC Hazır Beton İhtiyaç Maddeleri Tekstil Maddeleri Tekstil Turizm Petrol Ürünleri Pazarlama Sanayi ve Ticaret Ltd. Şti. as lessor and the Registrant, as lessee, dated August 18, 2020 |
| 10.5†* | English translation of the Lease Agreement between Ermenes Orman Ürünleri Sanayi ve Ticaret Ltd. Şti. as lessor and the Registrant, as lessee, dated August 2020 |
| 10.6†* | English translation of the Lease Agreement between Üstünkarlı Makine A.Ş. as lessor and the Registrant, as lessee, dated August 28, 2020 |
| 10.7†* | English translation of the Lease Agreement between Ortadoğu Otomotiv Ticaret A.Ş. as lessor and the Registrant, as lessee, dated December 24, 2014 |
| 10.8* | English translation of the financing agreement between Doruk Faktoring A.Ş. and the Registrant, dated November 11, 2020 |
| 10.9†* | English translation of the server hosting service agreement between Türk Telekomünikasyan A.Ş. and the Registrant, dated June 19, 2017 |
| 10.10†* | English translation of the framework agreement for various hosting-related services between Superonline İletişim Hizmetleri A.Ş. and the Registrant, dated May 24, 2021 |
| 10.11* | Incentive Plan dated March 24, 2021 |
| 10.12†* | English translation of the Additional Protocol to the Lease Agreement between D Gayrimenkul Yatırımları as lessor and the Registrant, as lessee, dated June 14, 2019 |
| 10.13* | English translation of the Additional Protocol to the Lease Agreement between D Gayrimenkul Yatırımları as lessor and the Registrant, as lessee, dated June 15, 2019 |
| 10.14* | English translation of the Additional Protocol to the Lease Agreement between D Gayrimenkul Yatırımları as lessor and the Registrant, as lessee, dated August 21, 2019 |
| 10.15* | English translation of Additional Protocol to the Lease Agreement between Megeye Lojistik Anonim Şirketi as lessor and the Registrant, as lessee, dated September 1, 2015 |
| 16.1* | Letter from PwC Bağımsız Denetim ve Serbest Muhasebeci Mali Müşavirlik A.Ş. dated as of May 28, 2021 regarding change in the Registrant's certifying accountant |
| 21.1* | List of subsidiaries of the Registrant |

II-3

| | **Description** |
|---|---|
| 23.1* | Consent of PwC Bağımsız Denetim ve Serbest Muhasebeci Mali Müşavirlik A.Ş. independent registered public accounting firm |
| 23.2* | Consent of GUNEY BAGIMSIZ DENETIM VE SERBEST MUHASEBECI MALI MUSAVIRLIK A.S., independent registered public accounting firm |
| 23.3 | Consent of GKC Partners (included in Exhibit 5.1) |
| 23.4* | Consent of Arthur D. Little Danışmanlık Hizmetleri A.Ş. |
| 23.5* | Consent of FutureBright Research |
| 24.1* | Power of Attorney (included in signature page to Registration Statement) |
| 99.1* | Consent of Director Nominee Tayfun Bayazıt |

---

\*      Previously filed.

†      Portions of this exhibit have been omitted pursuant to Item 601(b)(10)(iv) of Regulation S-K under the Securities Act of 1933, as amended, because they are both (i) not material and (ii) would likely cause competitive harm to the Registrant if publicly disclosed.

II-4

TABLE OF CONTENTS

**SIGNATURES**

Pursuant to the requirements of the U.S. Securities Act of 1933, as amended, the registrant certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form F-1 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in Istanbul, Turkey on this 23rd day of June, 2021.

**D-MARKET ELECTRONIC SERVICES & TRADING**

By:  /s/ MEHMET MURAT EMIRDAĞ

        Name:  Mehmet Murat Emirdağ
        Title:    *Chief Executive Officer*

II-5

TABLE OF CONTENTS

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement has been signed by the following persons on June 23, 2021 in the capacities indicated:

| Name | Title |
|---|---|
| /s/ Mehmet Murat Emirdağ<br>Mehmet Murat Emirdağ | Chief Executive Officer and Board Member (principal executive officer) |
| /s/ Halil Korhan Öz<br>Halil Korhan Öz | Chief Financial Officer and Board Member (principal financial officer and principal accounting officer) |
| *<br>Hanzade Vasfiye Doğan Boyner | Chairwoman |
| *<br>Erman Kalkandelen | Deputy Chair |
| *<br>Mehmet Erol Çamur | Board Member |
| *<br>Cemal Ahmet Bozer | Board Member |
| *<br>Vuslat Doğan Sabancı | Board Member |
| *<br>Mustafa Aydemir | Board Member |
| *<br>Tolga Babalı | Board Member |

*By: /s/ Mehmet Murat Emirdağ

Mehmet Murat Emirdağ
*Attorney-in-Fact*

II-6

TABLE OF CONTENTS

**Signature of Authorized U.S. Representative of Registrant**

Pursuant to the requirements of the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi has signed this registration statement on June 23, 2021.

**Cogency Global, Inc.**

By:  /s/ COLLEEN A. DE VRIES

    Name:  Colleen A. De Vries
    Title:  *Senior Vice President on behalf of*
              *Cogency Global Inc.*

II-7