UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IWA-FOREST INDUSTRY PENSION PLAN,
Individually and on Behalf of All Others
Similarly Situated,

                       Plaintiffs,                     21-cv-8634 (PKC)

                -against-                           ORDER

D-MARKET ELEKTRONIK HIZMETLER VE
TICARET ANONIM ŞIRKETI a/k/a D-
MARKET ELECTRONIC SERVICES &
TRADING d/b/a HEPSIBURADA, et al.,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A motion to dismiss and a letter motion for oral argument have been pending since April 15, 2022. (Dkt. 47, 50) On December 16, 2022, the parties informed the Court that they had executed a Binding Term Sheet as to a proposed settlement resolving all claims in this litigation. The parties would set a timeline for the filing of a motion for preliminary approval of the settlement by January 16, 2023. (Dkt. 65) The Court ordered that this motion be filed by March 1, 2023. (Dkt. 66) On February 24, 2023, the parties requested an extension of this deadline to March 22, 2023 (Dkt. 68), which the Court granted (Dkt. 69).

        Based on the statements from the parties regarding the settlement of all claims and the forthcoming motion for preliminary approval, the Court deems the motion to dismiss and the motion for oral argument withdrawn without prejudice as to reinstatement. The Clerk is respectfully directed to terminate the motions. (Dkt. 47, 50)

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 16, 2023