UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IWA-FOREST INDUSTRY PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:21-cv-08634-PKC <u>CLASS ACTION</u> |
| Plaintiff, | Honorable P. Kevin Castel |
| v. |  |
| D-MARKET ELEKTRONIK HIZMETLER VE TICARET ANONIM ŞIRKETI a/k/a D-MARKET ELECTRONIC SERVICES & TRADING d/b/a/ HEPSIBURADA, MEHMET MURAT EMIRDAĞ, HALIL KORHAN ÖZ, HANZADE VASFIYE DOĞAN BOYNER, ERMAN KALKANDELEN, MEHMET EROL ÇAMUR, CEMAL AHMET BOZER, VUSLAT DOĞAN SABANCI, MUSTAFA AYDEMIR, TOLGA BABALI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO. LLC, BOFA SECURITIES INC., UBS SECURITIES LLC, and TURKCOMMERCE B.V., |  |
| Defendants. |  |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF LEAD PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, FREDERIC S. FOX, declare the following under the penalty of perjury:

1. I am a partner at the law firm of Kaplan Fox & Kilsheimer LLP, Lead Counsel for the Court-appointed Lead Plaintiff IWA Forest Industry Pension Plan ("Lead Plaintiff"). I am a member in good standing of the bar of the State of New York and am admitted to practice before

this Court. I submit this declaration in support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

2.    Attached as Exhibits 1 through 6 are true and correct copies of the following documents:

EXHIBIT 1:  Stipulation and Agreement of Settlement, dated March 22, 2023,

EXHIBIT 2:  Firm Resume of Kaplan Fox & Kilsheimer LLP,

EXHIBIT 3:  Firm Resume of Robins Geller Rudman & Dowd LLP,

EXHIBIT 4:  Johnson Fistel, LLP,

EXHIBIT 5:  *Machniewicz v. Uxin Ltd., et al.*, No. 1:19-cv-0822-MKB-VMS (E.D.N.Y.), Order and Final Judgment (ECF No. 61); and

EXHIBIT 6:  Gilardi & Co. LLC Resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of March, 2023

*/s/ Frederic S. Fox*
Frederic S. Fox

2