UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IWA-FOREST INDUSTRY PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>D-MARKET ELEKTRONIK HIZMETLER VE TICARET ANONIM ŞIRKETI a/k/a D-MARKET ELECTRONIC SERVICES & TRADING d/b/a HEPSIBURADA, MEHMET MURAT EMIRDAĞ, HALIL KORHAN ÖZ, HANZADE VASFIYE DOGAN BOYNER, ERMAN KALKANDELEN, MEHMET EROL ÇAMUR, CEMAL AHMET BOZER, VUSLAT DOĞAN SABANCI, MUSTAFA AYDEMIR, TOLGA BABALI, COLLEEN A. DE VRIES, COGENCY GLOBAL INC., MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, GOLDMAN, SACHS & CO. LLC, BOFA SECURITIES, INC., UBS SECURITIES LLC, and TURKCOMMERCE B.V.,<br><br>  Defendants. | Case No. 1:21-cv-08634-PKC |

## DECLARATION OF KEVIN M. MCDONOUGH REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715

I, Kevin M. McDonough, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at Latham & Watkins LLP ("Latham"), counsel for Defendant D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi a/k/a D-MARKET Electronic Services & Trading d/b/a/ Hepsiburada ("Hepsiburada") and TurkCommerce B.V. ("TurkCommerce") in the above-captioned action (the "Action"). I am admitted to practice in the State of New York and the Southern District of New York. I make this declaration based upon my personal knowledge, and I am competent to testify to its contents.

2.        On April 3, 2023, ten (10) days after Lead Plaintiff IWA-Forest Industry Pension Plan and State Court Plaintiff James Benson (together, "Plaintiffs") filed their Motion for Preliminary Approval of Class Action Settlement and Memorandum of Law in Support (Dkt. Nos. 71-73), Latham staff acting under my direction mailed to the appropriate federal and state officials notice of the proposed settlement of this Action pursuant to 28 U.S.C. § 1715(b) (the "CAFA Notice") on behalf of Hepsiburada; TurkCommerce; Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Goldman, Sachs & Co. LLC, BofA Securities, Inc., and UBS Securities LLC (the "Underwriter Defendants"); and Colleen A. De Vries ("De Vries") and Cogency Global Inc. (together with De Vries, the "Cogency Defendants," and collectively with Hepsiburada, TurkCommerce, the Individual Defendants, De Vries, and the Underwriter Defendants, "Defendants").[1]  A true and correct exemplar copy of the CAFA Notice is attached hereto as Exhibit 1.  Latham enclosed with each CAFA Notice the following documents on a CD in portable document format (PDF):

> a.        The Complaint and Amended Complaint filed in the Action (pursuant to 28 U.S.C. § 1715(b)(1)); and
>
> b.        The Motion for Preliminary Approval of Class Action Settlement and the accompanying Memorandum of Law in Support, as well as the Stipulation and Agreement of Settlement and exhibits thereto pursuant to 28 U.S.C. § 1715(b)(3)-(5).

---

[1] The CAFA Notice advised that the proposed settlements also resolve claims against the following unserved defendants:  Hanzade Vasfiye Doğan Boyner, Mehmet Murat Emirdağ, Halil Korhan Öz, Erman Kalkandelen, Mehmet Erol Çamur, Cemal Ahmet Bozer, Vuslat Doğan Sabanci, Mustafa Aydemir, Tolga Babali, and Tayfun Bayazit (the "Individual Defendants").

3.      The CAFA Notice advised that Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement was submitted to the Court on March 22, 2023, and that the Court had not yet made any order or scheduled a hearing with respect to the motion (pursuant to 28 U.S.C. § 1715(b)(2), (b)(8)).

4.      The CAFA Notice was mailed to the Attorney General of the United States and the attorneys general of each of the United States, and the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, the Virgin Islands, and Puerto Rico.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of July 2023.

/s/ Kevin M. McDonough
Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
Telephone:  212.906.1200
Email:  kevin.mcdonough@lw.com

*Counsel for Hepsiburada and TurkCommerce*

# EXHIBIT 1

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

April 3, 2023

**VIA EMAIL**

Attorney General William Tong
165 Capital Avenue
Hartford, CT 06106

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715

To Whom it May Concern:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of defendants D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi a/k/a D-MARKET Electronic Services & Trading d/b/a Hepsiburada ("Hepsiburada" or the "Company"); TurkCommerce B.V. ("TurkCommerce"); Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Goldman, Sachs & Co. LLC, BofA Securities, Inc., and UBS Securities LLC (the "Underwriter Defendants"); and Colleen A. De Vries ("De Vries") and Cogency Global Inc. (together with De Vries, the "Cogency Defendants," and collectively with Hepsiburada, TurkCommerce, the Individual Defendants, De Vries, and the Underwriter Defendants, "Defendants"), to provide the following notification of the proposed settlements in *IWA-Forest Industry Pension Plan v. D-MARKET Elektronik Hizmetler ve Ticaret Anonim Şirketi, et al.*, Case No. 1:21-cv-08634-PKC (S.D.N.Y.) (the "Action").[1]

Enclosed is a zip folder containing the following information in a PDF format:

1.    The Complaint and Amended Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2.    The Motion for Preliminary Approval of Class Action Settlement and the accompanying Memorandum of Law in Support, as well as the Stipulation and Agreement of Settlement (Exhibit 1) with the following exhibits: (A) [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (A-1) Notice of Pendency and Proposed Settlement of Class Actions; (A-2) Proof of Claim Form and Release; (A-3) Summary

---

[1] The proposed settlements also resolve claims against the following unserved defendants: Hanzade Vasfiye Doğan Boyner, Mehmet Murat Emirdağ, Halil Korhan Öz, Erman Kalkandelen, Mehmet Erol Çamur, Cemal Ahmet Bozer, Vuslat Doğan Sabanci, Mustafa Aydemir, Tolga Babali, and Tayfun Bayazit (the "Individual Defendants").

April 3, 2023
Page 2

LATHAM&WATKINS LLP

Notice of Pendency of Class Action Settlement; and (B) [Proposed] Order and Final Judgment.  *See* 28 U.S.C. § 1715(b)(3)-(5).  These documents detail the class "members' rights to request exclusion from the class action." *See* 28 U.S.C. § 1715(b)(3)(A).

3.      At this point, there is no scheduled judicial hearing, *see* 28 U.S.C. § 1715(b)(2), and no final judgment or notice of dismissal in connection with the Action or the proposed settlement has been issued.  *See* 28 U.S.C. § 1715(b)(6).  Additionally, as of this writing, no written judicial opinions regarding the materials described in subparagraph 2 above have been issued.  *See* 28 U.S.C. § 1715(b)(8).

We also hereby advise you that contemporaneously with the Stipulation of Settlement, the parties executed a Supplemental Agreement.  The Supplemental Agreement sets forth certain conditions under which Hepsiburada shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria.  The parties have agreed to maintain the confidentiality of the agreed-upon criteria in the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court.

Lead Plaintiff's Motion for Preliminary Approval of Settlement was submitted to the District Court on March 22, 2023.  *See* 28 U.S.C. § 1715(b)(2).

The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  *See* 28 U.S.C. § 1715(b)(2).  We respectfully refer any further inquiries regarding the potential class members to the Claims Administrator, who is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.[2]

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

---

[2] The Claims Administrator, Gilardi & Co. LLC, can be reached at 1 McInnis Pkwy, Suite 250 San Rafael, California, 94903.

April 3, 2023
Page 3

**LATHAM&WATKINS**LLP

Respectfully submitted,

Kevin M. McDonough
of LATHAM & WATKINS LLP

*Counsel for Hepsiburada and TurkCommerce*


Joanna A. Diakos

Joanna A. Diakos
of K&L GATES LLP

*Counsel for the Cogency Defendants*


Daniel Lewis
of SHEARMAN & STERLING LLP

*Counsel for the Underwriter Defendants*